**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**HENRY EDWARD BUNDY,**                          2:12-CV-01530-PK

      **Petitioner,**                          ORDER

**v.**

**MARK NOOTH,**

      **Respondent.**

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and
Recommendation (#46) on September 17, 2014, in which he
recommends the Court deny Petitioner Henry Edward Bundy's
Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C.
§ 2254, dismiss this matter with prejudice, and deny a
certificate of appealability.  Petitioner filed timely Objections
to the Findings and Recommendation.  The matter is now before
this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of
Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections Petitioner reiterates the arguments contained in his Petition and Memorandum in Support of Petition. This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#46), **DENIES** the Petition (#1) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 25th day of November, 2014.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER